# United States Court of Appeals
## For the First Circuit

No. 13-1102

SIRAJ AHMAD KHAN,

Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on August 9, 2013 is amended as follows:

On page 6, line 5, the word "the" in the phrase "that the" is struck from the opinion.

On page 8, line 11, the word "affidavit" in the phrase "the affidavit did not mention" is changed to "letter".

On page 12, line 9, the word "id." in the citation is changed to "8 U.S.C.".

On page 14, line 3, the word "That" in the heading is changed to "that".